IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TED AARON MCCRACKEN | : | CIVIL ACTION |
| MCCRACKEN FUEL COMPANY | : | |
| INCORPORATED | : | |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., et al. | : | NO.  15-1915 |

## ORDER

AND NOW, this 24th day of April, 2015, upon consideration of plaintiff Ted Aaron McCracken's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Mr. McCracken's motion for leave to proceed *in forma pauperis* is GRANTED.

2.    McCracken Fuel Company, Inc. is DISMISSED without prejudice as a party to this litigation.

3.    The complaint is DISMISSED with prejudice as to McCracken's claims for the reasons discussed in the Court's memorandum.

4.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.